# Court of Appeals, State of Michigan

## ORDER

People of MI v Dakota Lynn Shananaquet

Docket Nos.  318251; 318252; 318378; 320342

LC Nos.  10-003343-FH; 12-003755-FH; 12-003749-FH;
13-003852-FH

Henry William Saad
Presiding Judge

Donald S. Owens

Kirsten Frank Kelly
Judges

On its own motion, the Court orders that the unpublished, per curiam opinion in this case, which was issued March 17, 2015, be amended to correct a clerical error.

The third sentence of the second paragraph (bottom of page 1) shall read: "In that month, defendant accompanied her friend to a doctor's office, at which her friend's children had an appointment." In all other respects, the March 17, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

**MAR 3 0 2015**

Date

Chief Clerk